ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
DAVID M. SEXTON, ESQ.
Nevada Bar #14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LANELL D. MONARREZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; WALMART INC. d/b/a WALMART #2592; WAL-MART REAL ESTATE BUSINESS TRUST; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00431-GMN-DJA<br><br>**SUBSTITUTION OF COUNSEL** |

Defendants WALMART INC. (improperly named as WAL-MART STORES, INC.) and WAL-MART REAL ESTATE BUSINESS TRUST hereby substitute the firm of ALVERSON TAYLOR & SANDERS as their attorneys of record in this matter, in the place and instead of the law firm of PHILLIPS SPALLAS & ANGSTADT.

DATED this 28th day of February, 2022.

WALMART INC.

*Matthew Burgess*
On Behalf of
WALMART INC.

1                                                                                               KRB/86

DATED this 28th day of February, 2022.

WAL-MART REAL ESTATE BUSINESS TRUST

*Matthew Burgess*

On Behalf of
WAL-MART REAL ESTATE BUSINESS TRUST

The law firm of PHILLIPS SPALLAS & ANGSTADT hereby agrees and consents to the substitution of the firm of ALVERSON TAYLOR & SANDERS as attorneys of record for Defendants WALMART INC. and WAL-MART REAL ESTATE BUSINESS TRUST in this matter.

DATED this 25th day of February, 2022.

PHILLIPS SPALLAS & ANGSTADT

For: Robert K. Phillips, Esq.  13362
504 S. Ninth Street
Las Vegas, NV 89101

The law firm of ALVERSON TAYLOR & SANDERS hereby accepts substitution as attorneys of record for Defendants WALMART INC. and WAL-MART REAL ESTATE BUSINESS TRUST.

DATED this 28th day of February, 2022.

ALVERSON TAYLOR & SANDERS

KURT R. BONDS, ESQ.
Nevada Bar #6228
DAVID M. SEXTON, ESQ.
Nevada Bar #14951
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: March 2, 2022

Daniel J. Albregts
United States Magistrate Judge

## CERTIFICATE OF SERVICE VIA CM/ECF

I hereby certify that on this 1st day of March, 2022, I did serve, via Case Management/Electronic Case Filing, a copy of the above and foregoing **SUBSTITUTION OF COUNSEL** addressed to:

FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
NAQVI INJURY LAW
9500 W. Flamingo Rd., Suite 104
Las Vegas, NV 89147

_____
An Employee of ALVERSON TAYLOR & SANDERS

KRB/86