# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANELL D. MONARREZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; WALMART INC. d/b/a WALMART #2592; WAL-MART REAL ESTATE BUSINESS TRUST; DOES 1 to 100, ROE CORPORATIONS 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00431-GMN-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE TRIAL**<br><br>**(First Request)** |

Plaintiff LANELL D. MONARREZ ("Plaintiff") and Defendants WAL-MART STORES, INC., WALMART INC. d/b/a WALMART #2592, and WAL-MART REAL ESTATE BUSINESS TRUST ("Defendants"), by and through their respective counsel, submit the instant STIPULATION AND ORDER TO CONTINUE TRIAL (First Request) pursuant to Rules 6(b) and 26(f) of the Federal Rules of Civil Procedure and Local Rules 6-1 and 26-4 for the Court's consideration.

Also, pursuant to LCR 45-2(a), this request is respectfully submitted because the continuance is necessary to allow the parties to Continue to explore Alternative Dispute Resolution options. The parties previously attended a Settlement Conference with Magistrate Daniel J. Albregts on October 10, 2023, which brought the parties closer to settlement, however,



the parties are in the process of scheduling a private mediation with Advanced Resolution Management and anticipate that a second attempt will allow the parties to reach a full and final resolution.

Additionally, the current Trial date is June 25, 2024 with the Calendar Call scheduled for June 18, 2024 at 11:00 a.m. Plaintiff's counsel has two other trials in unrelated matters expected to take place during this time. The first is scheduled for a trial stack beginning June 24, 2024 in front of Honorable Jacob A. Reynolds, for the matter of Lorraine Lange-Patton v. NP Boulder, LLC, case no. A-20-819707-C, which is expected to last 7-10 days. The second is also scheduled on the June 24, 2024 stack in front of Honorable Crystal Eller, for the matter of Ricky Varni v. Heather Elliott, et al., case no. A-20-816505-C, which is expected to last 5-7 days.

The parties agree that the trial and all associated deadlines, including those related to Motions in Limine, be continued to October 2024 or as soon thereafter as this matter may be heard.

This Stipulation to Continue Trial is made in good faith and not for purposes of undue delay.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 8th day of April, 2024. | DATED this 8th day of April, 2024. |
| NAQVI INJURY LAW | HALL & EVANS, LLC |
| /s/ Sarah M. Banda | /s/ Kurt R. Bonds |
| FARHAN R. NAQVI, ESQ. | KURT R. BONDS, ESQ. |
| Nevada Bar No. 8589 | Nevada Bar No. 6228 |
| SARAH M. BANDA, ESQ. | TANYA FRASER, ESQ. |
| Nevada Bar No. 11909 | Nevada Bar No. 13872 |
| 9500 W. Flamingo Road, Suite 104 | 1160 N. Town Center Drive, Suite 330 |
| Las Vegas, Nevada 89147 | Las Vegas, Nevada 89144 |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |



# ORDER

**IT IS HEREBY FOUND** that the parties continue to explore Alternative Dispute Resolution options and are in the process of scheduling a private mediation with Advanced Resolution Management and anticipate that a second attempt will allow the parties to reach a full and final resolution.

**IT IS HEREBY FURTHER FOUND** that Plaintiff's counsel has two other trials in unrelated matters expected to take place during the scheduled June 25, 2024 Trial time frame. The first is scheduled to begin June 24, 2024 in front of Honorable Jacob A. Reynolds, for the matter of Lorraine Lange-Patton v. NP Boulder, LLC, case no. A-20-819707-C, which is expected to last 7-10 days. The second is scheduled to also begin June 24, 2024 in front of Honorable Crystal Eller, for the matter of Ricky Varni v. Heather Elliott, et al., case no. A-20-816505-C, which is expected to last 5-7 days.

**IT IS HEREBY FURTHER FOUND** that the parties have demonstrated a continuance is necessary under LCR 45-2 and the Speed Trial Act, 18 USC § 3161(h).

Therefore, having reviewed all pleadings and material in support of the parties' Stipulation and Order to Continue Trial (First Request):

**IT IS HEREBY ORDERED** that the Jury Trial set for June 25, 2024 is VACATED.

**IT IS HEREBY FURTHER ORDERED** that the Calendar Call set for June 18, 2024 at 11:00 a.m. is VACATED.

**IT IS HEREBY FURTHER ORDERED** that a rescheduled Trial and Calendar Call will be issued via a forthcoming Minute Order.

**IT IS SO ORDERED:**

_____
Anne R. Traum
United States District Judge

Dated: April 11, 2024

