FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
PAUL G. ALBRIGHT, ESQ.
Nevada Bar No. 14159
NAQVI INJURY LAW
9500 W Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
paul@naqvilaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LANELL D. MONARREZ, individually,<br><br>    Plaintiff,<br>vs.<br><br>WAL-MART STORES, INC.; WALMART INC. d/b/a WALMART #2592; WAL-MART REAL ESTATE BUSINESS TRUST; DOES 1 to 100, ROE CORPORATIONS 1 to 100, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-00431-ART-DJA<br><br>**PLAINTIFF'S NOTICE OF DISASSOCIATION OF COUNSEL** |

**PLEASE TAKE NOTICE** that Sarah M. Banda, Esq., is no longer associated with the firm of NAQVI INJURY LAW and is disassociated as counsel for Plaintiff, Lanell Monarrez.

Accordingly, Farhan R. Naqvi, Esq. requests the removal of Sarah M. Banda, Esq. from the list of attorneys associated with this case as well as all future pleadings, notices, orders, proofs of service, other court documents, correspondence and communications.

/ / /

/ / /

/ / /



**AFFIRMATION**

Pursuant to NRS 239B030. The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 23rd day of May, 2024.

              NAQVI INJURY LAW

By:  */s/ Paul G. Albright*
    FARHAN R. NAQVI, ESQ.
    Nevada Bar No. 8589
    PAUL G. ALBRIGHT, ESQ.
    Nevada Bar No. 14159
    9500 West Flamingo Road, Suite 104
    Las Vegas, Nevada 89147
    *Attorneys for Plaintiff*

**IT IS SO ORDERED**.

DATED: 5/24/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE



Page 2 of 3

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of NAQVI INJURY LAW and that on this *23rd* day of May, 2024, I electronically filed and served a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF DISASSOCIATION OF COUNSEL** to all parties on file with the CM/ECF:

> KURT BONDS, ESQ.
> TANYA FRASER, ESQ.
> HALL & EVANS, LLC
> 1160 North Town Center Drive, Suite 330
> Las Vegas, Nevada 89144
> *Attorneys for Defendants*

>> */s/ Jennifer Vela*
>> An employee of NAQVI INJURY LAW

