UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LANELL D. MONARREZ, individually,<br><br>　　　　　　　Plaintiff<br><br>v.<br><br>WAL-MART STORES, INC.; WALMART INC. d/b/a WALMART #2592; WAL-MART REAL ESTATE BUSINESS TRUST; DOES 1 through 100 and ROE CORPORATIONS 1 though 100, inclusive,<br><br>　　　　　　　Defendant | CASE NO: 2:21-cv-00431-ART-DJA<br><br>**ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LANELL D. MONARREZ and Defendants WAL-MART STORES, INC.; WALMART INC. d/b/a WALMART #2592; WAL-MART REAL ESTATE BUSINESS TRUST, by and through their respective counsel of record, that the claims asserted by Plaintiff LANELL D. MONARREZ against Defendants WAL-MART STORES, INC.; WALMART INC. d/b/a WALMART #2592; WAL-MART REAL ESTATE BUSINESS TRUST be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

1                                                                KB/20147-46

This matter is not currently set for trial and the parties request that all pending deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this 25th day of February, 2025.    DATED this 25th day of February, 2025.

HALL & EVANS, LLC.    RICHARD HARRIS LAW FIRM

/s/ Kurt R. Bonds    /s/ Paul G. Albright
KURT R. BONDS, ESQ.    FARHAN R. NAQVI, ESQ.
Nevada Bar #6228    Nevada Bar No. 8589
TANYA M. FRASER, ESQ.    PAUL G. ALBRIGHT, ESQ.
Nevada Bar #13872    Nevada Bar no. 14159
1160 North Town Center Drive    9500 West Flamingo Road, Suite 104
Suite 330    Las Vegas, NV 89147
Las Vegas, Nevada 89144    *Attorney for Plaintiff*
(702) 998-1022
nvefile@hallevans.com
Attorneys for *Defendants*

**ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE**

**IT IS SO ORDERED.**

Date: 2/25/2025

_____
UNITED STATES DISTRICT JUDGE